**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, | Case: 3:24-cv-00522-LJC |
| Plaintiff | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on January 26, 2024, Plaintiff filed his Complaint. **(ECF No. 1).**

WHEREAS, on February 2, 2024, Defendant City and County of San Francisco ("CCSF") was served with the lawsuit. **(ECF No. 2)**

WHEREAS, on February 22, 2024, Counsel for Defendant CCSF reached out to Plaintiff's Counsel regarding plans to file a motion to dismiss.

WHEREAS, upon further conferring between the Parties' counsel, they have agreed that Plaintiff should file an amended complaint in order to narrow the issues before this Court on any forthcoming motions to dismiss.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court issue an order that Plaintiff may file his amended complaint by March 1, 2024, and that the Defendant CCSF's responsive pleadings to Plaintiff's amended complaint will be due on March 22, 2024.

IT IS SO AGREED.

Dated: **February 23, 2024**        */s/ Ty Clarke*
                                    **Ty Clarke**
                                    Attorney for Plaintiff

Dated: **February 23, 2024**        */s/ Zuzana Ikels*
                                    **Zuzana Ikels**
                                    Attorney for Defendant CCSF

**IT IS SO ORDERED.**

**DATE: February 26, 2024**         _____
                                    **JUDGE LISA J. CISNEROS**
                                    **UNITED STATES MAGISTRATE JUDGE**