POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
**MATTHEW T. NORMAN, ESQ., SBN 351413**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com
Email: MNorman@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, by and through his Guardian ad Litem, THIDA PERNIA,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY SAN FRANCISCO, a municipal corporation; and DOES 1-50, inclusive.<br><br>            Defendants. | Case No.: 3:24-cv-00522-LJC<br><br>**ORDER FOR PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Pursuant to the Petition for Appointment of Guardian Ad Litem of Petitioner Thida Pernia, IT IS HEREBY ORDERED that Thida Pernia is appointed Guardian Ad Litem for Plaintiff R.P. in the above-captioned lawsuit.

**IT IS SO ORDERED.**

Dated: March 29, 2024

_____
**LISA J. CISNEROS**
UNITED STATES MAGISTRATE JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607