United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.P.,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendant.

Case No. 24-cv-00522-LJC

**ORDER REGARDING MOTION TO DISMISS, STIPULATED PROTECTIVE ORDER, AND STIPULATION TO EXTEND TIME**

Re: Dkt. Nos. 25, 40, 41

The parties have filed a stipulated proposed protective order. ECF No. 40. Section F.6 of this Court's Standing Order requires parties to file a declaration identifying and explaining any deviations from the Court's model protective order, or confirming that no such changes exist other than case-identifying information or the deletion of language denoted as optional. The parties are directed to file such a declaration no later than August 2, 2024. The Court will address the proposed protective order after that declaration is filed.

The parties have also stipulated to extend time for Plaintiff to amend his Complaint to identify and serve Doe Defendants from July 29, 2024 to October 29, 2024. The Court authorized Plaintiff to take discovery to identify Doe Defendants on May 2, 2024. It is not clear why more than five months are necessary to identify the defendants Plaintiff wishes to sue. The Court nevertheless GRANTS the stipulation based on the parties' agreement to that timeline, taking into account the fact that Defendant the City and County of San Francisco (which has agreed to the stipulation) will presumably defend any individual defendants whom Plaintiff might name. Any further request to extend that deadline must be supported by a more specific showing of need, including the steps Plaintiff has taken to identify the Doe Defendants, any additional discovery Plaintiff intends to pursue, and the reasons Plaintiff was unable to complete that discovery before

the deadline.

In light of the agreed extension of time before any amendment to Plaintiffs' Complaint is expected, Defendant's Motion to Dismiss (ECF No. 25) is DENIED WITHOUT PREJUDICE to Defendant bringing a renewed motion to dismiss for lack of subject matter jurisdiction if Plaintiff fails to amend his Complaint within the time allowed for him to do so.

**IT IS SO ORDERED.**

Dated: July 30, 2024

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2