DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
MARGARET S. SCHROEDER, State Bar #178586
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
               (415) 554-3843 [Schroeder]
               (415) 355-3307 [Ikels]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
               deedee.schroeder@sfcityatty.org
               zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,<br><br>        Defendants.<br>_____<br>R.P.,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>        Defendant. | Case No. 23-cv-06524-LJC<br>Case No. 24-cv-00522-LJC<br><br>**STIPULATION AUTHORIZING THE DISCLOSURE OF PLAINTIFFS' JUVENILE RECORDS AND ORDER REGARDING PRODUCTION OF INDIVIDUAL PLAINTIFFS' JUVENILE RECORDS**<br><br>**Re: Dkt. No. 79 (23-cv-06524)**<br>**Re: Dkt. No. 45 (24-cv-00522)**<br><br>Trial Date:        Not Set |

Pursuant to the August 14, 2024 Order regarding Discovery Letters (Dkt. No. 79) requiring Plaintiffs to stipulate to the release and production of their Juvenile Records, Plaintiffs J.T., through her father and guardian Samer Tawasha; L.R., through her mother and guardian Gwen Lee; C.L., through her mother and guardian Naomi Lopez, and Plaintiff R.P., through his guardian and mother, Thidia Penia, along with all other guardians and parents, including attorneys of record (collectively, "Plaintiffs") and Defendants City and County of San Francisco, William Scott, Thomas Harvey, and Matt Sullivan (collectively, "City Defendants") stipulate as follows:

1.      Plaintiffs expressly authorize the disclosure of their individual juvenile records, including but not limited to the incident report, arrest record, and Body Worn Camera video of them, in this litigation (collectively, the "Juvenile Records"). Plaintiffs waive, forfeit and relinquish any and all rights or claims related to the mere production and disclosure of their Juvenile Records in this litigation, under federal or state law, including under the California Welfare and Institutions Code, Health and Safety Code, and California privacy laws.

2.      Plaintiffs agree and stipulate that their Juvenile Records shall be designated as "Confidential," and not "Attorneys Eyes Only," and will be used, filed and treated in this litigation in accordance with the terms of the Protective Order. Plaintiffs waive all rights or claims that the records will be shielded from production based on rights of privacy under federal law, the California Constitution or California law, including, but not limited to, the Welfare and Institutions Code, Civil Code, Penal Code and Health and Safety Code. Plaintiffs expressly waive and agree the City Defendants are immunized from any and all liability, legal theory, relief and/or claim of any kind related to the mere production of their Juvenile Records in this litigation.

Dated: August 22, 2024

By: _____
Samer Tawasha (Aug 26, 2024 19:00 PDT)
Samer Tawasha (J.T. guardian and parent)

Dated: August 22, 2024

By: _____
Anna Vega (J.T. guardian and parent)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the August 14, 2024 Order regarding Discovery Letters (Dkt. No. 79) requiring Plaintiffs to stipulate to the release and production of their Juvenile Records, Plaintiffs J.T., through her father and guardian Samer Tawasha; L.R., through her mother and guardian Gwen Lee; C.L., through her mother and guardian Naomi Lopez, and Plaintiff R.P., through his guardian and mother, Thidia Penia, along with all other guardians and parents, including attorneys of record (collectively, "Plaintiffs") and Defendants City and County of San Francisco, William Scott, Thomas Harvey, and Matt Sullivan (collectively, "City Defendants") stipulate as follows:

1.      Plaintiffs expressly authorize the disclosure of their individual juvenile records, including but not limited to the incident report, arrest record, and Body Worn Camera video of them, in this litigation (collectively, the "Juvenile Records"). Plaintiffs waive, forfeit and relinquish any and all rights or claims related to the mere production and disclosure of their Juvenile Records in this litigation, under federal or state law, including under the California Welfare and Institutions Code, Health and Safety Code, and California privacy laws.

2.      Plaintiffs agree and stipulate that their Juvenile Records shall be designated as "Confidential," and not "Attorneys Eyes Only," and will be used, filed and treated in this litigation in accordance with the terms of the Protective Order. Plaintiffs waive all rights or claims that the records will be shielded from production based on rights of privacy under federal law, the California Constitution or California law, including, but not limited to, the Welfare and Institutions Code, Civil Code, Penal Code and Health and Safety Code. Plaintiffs expressly waive and agree the City Defendants are immunized from any and all liability, legal theory, relief and/or claim of any kind related to the mere production of their Juvenile Records in this litigation.

Dated:  August 22, 2024

By:_____
Samer Tawasha (J.T. guardian and parent)

Dated:  August 22, 2024

By:_____
Anna Vega (J.T. guardian and parent)

1  Dated:  August 22, 2024

2                                        By: _Naomi Lopez (Aug 26, 2024 11:06 PDT)_
                                             Naomi Lopez (C.L. guardian and parent)
3

4  Dated:  August 22, 2024
                                             *Fernando Lopez*
5                                            Fernando Lopez (Aug 26, 2024 11:13 PDT)
                                         By:_____
6                                            Fernando Lopez (C.L. guardian and parent)

7  Dated:  August 22, 2024

8                                        By:_____
                                             Thidia Penia (R.P. guardian and parent)
9

10 Dated: August 22, 2024

11                                       By:_____
                                             (R.P. guardian and parent)
12

13 Dated: August 22, 2024

14                                       By:_____
                                             Gwen Lee (Aug 26, 2024 12:43 PDT)
15                                           Gwen Lee (L.R. guardian and parent)

16 Dated:  August 22, 2024               *Rocco Rios*
                                             Rocco Rios (Aug 29, 2024 08:32 PDT)
17                                       By:_____
                                             Rocco Rios (L.R. guardian and parent)
18

19 Dated:  August 22, 2024
                                             DAVID CHIU
20                                           City Attorney
                                             JENNIFER E. CHOI
21                                           Chief Trial Deputy
                                             SABRINA M. BERDUX
22                                           MARGARET S. SCHROEDER
                                             ZUZANA S. IKELS
23                                           Deputy City Attorneys

24
                                         By:_____
25                                           SABRINA M. BERDUX

26                                           Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO;
27                                           WILLIAM SCOTT; THOMAS HARVEY; and
                                             MATT SULLIVAN
28

1    Dated:  August 29, 2024

2                                                By:_____

3                                                Naomi Lopez (C.L. guardian and parent)

4    Dated:  August 29, 2024

5                                                By:_____

6                                                 (C.L. guardian and parent)

7    Dated:   8/29/2024

8                                                By:_____

9                                                Thida Pernia (R.P. guardian and parent)

10   Dated:   8/30/2024

11                                               By:_____

12                                                (R.P. guardian and parent)

13   Dated: August 29, 2024

14                                               By:_____

15                                               Gwen Lee (L.R. guardian and parent)

16   Dated:  August 29, 2024

17                                               By:_____

18                                                (L.R. guardian and parent)

19   Dated:  August 29, 2024

20                                               DAVID CHIU
                                                 City Attorney
21                                               JENNIFER E. CHOI
                                                 Chief Trial Deputy
22                                               SABRINA M. BERDUX
                                                 MARGARET S. SCHROEDER
23                                               ZUZANA S. IKELS
                                                 Deputy City Attorneys
24

25                                               By:___/s/ Sabrina M. Berdux_____

26                                               SABRINA M. BERDUX

27                                               Attorneys for Defendants
                                                 CITY AND COUNTY OF SAN FRANCISCO;
28                                               WILLIAM SCOTT; THOMAS HARVEY; and
                                                 MATT SULLIVAN

Dated:  August 22, 2024                     PARTNERSHIP FOR CIVIL JUSTICE FUND

                                            By: _/s/  Rachel Lederman_____
                                                RACHEL LEDERMAN
                                                MARA VERHEYDEN-HILLIARD

                                            Attorneys for Plaintiffs
                                            J.T., through her father and guardian SAMER
                                            TAWASHA; L.R., through her mother and guardian
                                            GWEN LEE; C.L., through her mother and guardian
                                            NAOMI LOPEZ, on behalf of themselves and all others
                                            similarly situated

Dated:  August 22, 2024                     THE COMMUNITY LAW OFFICE

                                            By: _/s/  Gabriela M. Lopez_____
                                                GABRIELA M. LOPEZ

                                            Attorneys for Plaintiffs
                                            J.T., through her father and guardian SAMER
                                            TAWASHA; L.R., through her mother and guardian
                                            GWEN LEE; C.L., through her mother and guardian
                                            NAOMI LOPEZ, on behalf of themselves and all others
                                            similarly situated

Dated:  August 22, 2024                     LAW OFFICE OF BOBBIE STEIN

                                            By: _/s/  Bobbie Stein_____
                                                BOBBIE STEIN

                                            Attorneys for Plaintiffs
                                            J.T., through her father and guardian SAMER
                                            TAWASHA; L.R., through her mother and guardian
                                            GWEN LEE; C.L., through her mother and guardian
                                            NAOMI LOPEZ, on behalf of themselves and all others
                                            similarly situated

Dated:  August 16, 2024                     POINTER & BUELNA, LLP
                                            LAWYERS FOR THE PEOPLE

                                            By: /s/Ty Clarke_____
                                                ADANTE D. POINTER
                                                PATRICK M. BUELNA
                                                TY CLARKE

                                            Attorneys for Plaintiff
                                            R.P.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: __August 30, 2024__    _____

4                                                    Hon. Lisa J. Cisneros
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28