UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.P.,

        Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 24-cv-00522-LJC

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND TIME**

Re: Dkt. No. 60

On November 8, 2024, Defendant the City and County of San Francisco (the City) filed an administrative motion to extend time for its answer or other response to Plaintiff's Second Amended Complaint from November 12, 2024 to December 10, 2024. ECF No. 60. The City asserts that not all Defendants have yet been served, its attorneys are looking into potential conflicts for representing the newly-added individual Defendants (who are City employees) and determining whether they can accept service on those Defendants' behalf, and it would be more efficient for all Defendants to respond on the same schedule. Lead counsel for Defendants also have vacation scheduled for the week of Thanksgiving. Plaintiff opposes that request, having previously offered instead as a compromise a one-week extension for the City to file a motion to dismiss, or a four-week extension if all Defendants agree to answer rather than move to dismiss. ECF No. 62; ECF No. 62-1, ¶ 4. Plaintiff now proposes a ten-day extension for the City's response, to November 22, 2024. ECF No. 62 at 4. Plaintiff contends that Defendants have not shown sufficient cause for an extension, and notes that Defendants' proposed schedule would have Plaintiff's opposition brief due on Christmas Eve if Defendants file a motion rather than an answer. *Id.* at 3–4.

The Court previously granted a provisional extension to November 15, 2024 to allow time

for Plaintiff's response to the Administrative Motion. ECF No. 61. The Court now agrees with the City that a consolidated schedule for all Defendants would be more efficient for the Court and all parties. Plaintiff's proposed ten-day extension for the City's response would mean that if all Defendants moved to dismiss, the newly-added individual Defendants' motion(s) would likely need to be filed after much of the briefing on the City's motion had been completed (but before that motion was resolved), multiplying expenses for all parties and burden on the Court.

The Administrative Motion is therefore GRANTED in large part, and the deadline for the City's response to the Second Amended Complaint is CONTINUED to December 9, 2024. The Court sets that date one day earlier than requested so that Plaintiff's opposition to any motion would not be due Christmas Eve, but if a motion is filed, the parties are encouraged to stipulate to a briefing schedule that reasonably accommodates all counsel's holiday commitments. In the unlikely event that the parties cannot agree to a schedule, the Court will consider reasonable requests for extensions for that purpose.

This Order is predicated on the City's representation that its request is intended to "[a]llow[] all Defendants to respond or otherwise plead to the Second Amended Complaint on the same schedule" through a "joint brief or answer." ECF No. 60-1, ¶ 9. Not all Defendants have yet been served and the City's counsel does not currently represent all Defendants, so setting a formal deadline for the individual Defendants' responses would be premature. The Court nevertheless expects the City's counsel to take prompt and reasonable steps to finalize representation of all Defendants for whom that is possible, accept service on their behalf, and file a consolidated response to the Second Amended Complaint by the same deadline now set for the City's response.

Going forward, counsel for both parties are encouraged to file any foreseeable requests for extension well in advance of the deadlines they seek to modify, and to begin negotiations regarding such requests early enough to allow for such filing.

**IT IS SO ORDERED.**

Dated: November 13, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

2