**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, | Case: 3:24-cv-00522-LJC |
| Plaintiff | |
| v. | **STIPULATION AND ORDER TO AMEND BRIEFING** |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and

Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on October 29, 2024, Plaintiff filed his Second Amended Complaint

["SAC"]. **(ECF No. 57).**

WHEREAS, pursuant to the Defendants' administrative motion **(ECF No. 60)**, this

Court extended Defendants' deadline to respond to the SAC to December 9, 2024. **(ECF No.**

**63).**

WHEREAS, on December 9, 2024, the Defendants filed a motion to dismiss Plaintiff's SAC. **(ECF No. 69).**

WHEREAS, in order to accommodate the holiday schedules of both Plaintiff's Counsel and Defendants' Counsel, the Parties have met and conferred and agreed to a two-week extension of their briefing schedule.

THEREFORE, the Parties hereby JOINTLY PROPOSE and STIPULATE TO that the deadline for Plaintiff to file his opposition to the Defendants' motion to dismiss the SAC be extended to January 7, 2025, and the deadline for Defendants to file their reply to the opposition be moved to January 14, 2025.

IT IS SO AGREED.

Dated: **December 19, 2024**            */s/ Ty Clarke*
                                        **Ty Clarke**
                                        Attorney for Plaintiff

Dated: **December 19, 2024**            */s/ Margaret Schroeder*
                                        **Margaret Schroeder**
                                        *Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*
                                        Attorneys for Defendants

**IT IS SO ORDERED.**

**DATE: December 20, 2024**             _____
                                        **JUDGE LISA J. CISNEROS**
                                        **UNITED STATES MAGISTRATE JUDGE**