DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
MARGARET S. SCHROEDER, State Bar #178586
RENÉE E. ROSENBLIT, State Bar #304983
REILLY T. STOLER, State Bar # 310761
MORGAN E. LEWIS, State Bar #322205
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3843 [Schroeder]
               (415) 554-3853 [Rosenblit]
               (415) 355-3302 [Stoler]
               (415) 554-4224 [Lewis]
Facsimile:     (415) 554-3837
E-Mail:        deedee.schroeder@sfcityatty.org
               renee.rosenblit@sfcityatty.org
               reilly.stoler@sfcityatty.org
               morgan.lewis@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; MATT SULLIVAN (Erroneously sued as
MATTHEW SULLIVAN); NELSON WONG; JOHN SOLOMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, by and through his guardian ad litem THIDA PERNIA,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; WILLIAM SCOTT, in his individual capacity as the Chief of Police for the SFPD; THOMAS HARVEY, in his individual capacity as an officer for the SFPD; MATTHEW SULLIVAN, in his individual capacity as an officer for the SFPD; NELSON WONG, in his individual capacity as an officer for the SFPD; JOHN SOLOMON, in his individual capacity as an officer for the SFPD; and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 24-cv-00522-LJC<br><br>**JOINT PROPOSED VOIR DIRE**<br><br>Trial Date:          April 20, 2026 |

Joint Proposed Voir Dire
Case No. 24-cv-00522-LJC

1

4937-4379-6123, v. 1

## I.    Stipulated Voir Dire

1. If employed, what are your job duties? Do they include management of employees or supervisory duties? If so, please explain what they are.

2. Have you had any experiences or interactions with law enforcement?  If so, please describe. Were they positive, negative, or neutral?

3. Have you or anyone close to you served in the military? If so, what branch? What rank?

4. What social, civic, environmental or volunteer organizations or clubs do you, your spouse or significant other belong to or donate to? Currently and in the past.

5. Have you, or anyone close to you, ever seriously considered, studied, or applied to become a police officer or other law enforcement employee? If so, please explain.

6. Do you have any opinions on skateboarders or skateboarding culture? Please explain.

7. Has anyone you know ever worked in law enforcement? If yes, please answer the following.
   a. Did you ever discuss their work?
   b. Did they ever discuss the dangers involved in their kind of work?
   c. What did you talk about?

8. Do you have positive or negative feelings about people who choose to work in law enforcement? If yes, please describe.

9. Are you familiar with Dolores Park and the surrounding area?

10. Have you ever heard of an event called the "Dolores Hill Bomb"? If so, what have you heard about it?

11. Has someone close to you ever been arrested? If so, please explain.

12. Have you, or any member of your family, ever sued anyone for money in court or been sued by anyone for money?  If so, please describe the nature of the lawsuit, your role and the outcome. If yes, do you think that the experience as a party to a lawsuit would have any effect on your ability to sit as a neutral juror in this case?  In what way?

13. Do you believe that verdicts are sometimes too high?  Too low?

14. Have you ever been a witness in any type of lawsuit?  If so, please describe the date, place and nature of the lawsuit, your role, and the outcome of the lawsuit.  Do you believe that that experience will have any effect on your ability to sit as a neutral juror in this case?  In what way?

15. Do you have any physical or mental problems which would make jury duty difficult for you? If so, please explain.

4937-4379-6123, v. 1

16. Have you already made up your mind about this case?  In what way is your mind made up?

17. What is your primary news source? What networks or websites do you primarily watch or read for as your news source?

18. The following persons may be called to testify as witnesses in this matter. Do you know any of these individuals?

*[Insert witnesses for both Parties]*

## II. Plaintiff's Proposed Additional Voir Dire

1. Do you watch TV programs that show real life or dramatized police activities (such as Cops, Law and Order, CSI, etc.) If so, which ones and how often? What do you like about these shows?

2. What is your understanding of the term "Mainstream Media"?

3. Have you or anyone close to you been involved with any group or organization that concerns itself with victim's rights, crime suppression and/or criminal justice issues? (such as Fraternal Order of Police, Polly Klass Foundation, etc.)? If so, please name the groups and describe your involvement.

4. Do you believe the criminal justice system makes it too hard for the police and prosecutors to arrest and convict people accused of crimes? Please explain.

5. Which is the bigger mistake, convicting an innocent person or letting a guilty person go free? Please explain.

6. How serious do you consider the level of crime to be in your neighborhood?

7. Have you or anyone close to you ever been the victim of a crime? If so, how did you feel about the investigation and/or prosecution if one occurred? Did you testify in court?

8. Have you relied on police to respond to a 911 call? If so, what were your feelings about it? Please explain.

9. Have ever seen the police arrest a person? If so, what were your feelings about it? Please explain.

10. Some people fell that the job law enforcement officers perform is so difficult and important that it is wrong or unfair to judge their decisions and actions while they are on the job. How do you feel about that?

11. What is your reaction when you hear someone is accusing the police of excessive force or other misconduct?

12. Have you ever served on a jury in the past? If so, did you reach a verdict? Were you a foreperson? What kind of case was involved? Did anything about that experience make you not want to serve again, or affect your opinion about the jury system? Please explain.

13. Do you know any judges, lawyers, or court personnel? Please explain.

14. Have you or anyone close to you been involved in a lawsuit? Please explain.

15. If you or a loved one was injured due to the fault of another person, would you consider bringing a lawsuit? Please explain.

16. Do you support legislative or other reforms to place limits on the amount of money juries can award? Please explain.

17. What do you think about people filing lawsuits to recover money damages as compensation for injuries they've suffered caused by the fault of another person?

18. Punitive damages are awarded to punish behavior and deter future conduct. How do you feel about awarding punitive damages?

19. Do you believe that limits should be placed on the ability to sue law enforcement officers or agencies when they have injured someone? Please explain.

20. Do you feel as though you would be personally impacted by a significant damages award against the City and County of San Francisco and/or members of its police department? Please explain.

21. Do you have any ethical, religious, political or other beliefs that would prevent you from serving as a juror? Please explain.

22. Is there anything else the Court or the parties or the lawyers for the parties should know about your ability to serve as a fair and impartial juror in this case? Please explain.

23. Have you ever volunteered with a law enforcement agency, or gone on a "ride along" with any law enforcement officers? If so, please explain.

24. What is your opinion of law enforcement?

25. Would you favor the side in this case that consists of law enforcement officers? Please explain.

26. Have you or anyone in your household ever supported or belonged to an organization concerned with crime prevention, law enforcement, police behavior, community relations or neighborhood safety, or an organization with a goal of monitoring, critiquing, or reforming law enforcement agencies or practices?   If yes, please explain.

Joint Proposed Voir Dire
Case No. 24-cv-00522-LJC

4

### III.    Defendant's Additional Voir Dire

1. This case includes a claim by a plaintiff that he was wrongfully arrested.  The plaintiff was 15 years old at the time of his arrest.  He was arrested with approximately 110 other people, including adults and minors.   Is there anything about these facts which would prevent or make it difficult for you to sit as a neutral juror?

2. This case includes a claim by Plaintiff that a defendant police officer used or directed excessive force on him.  Is there anything about these facts which would prevent or make it difficult for you to sit as a neutral juror?

3. Do you understand that being injured and filing a lawsuit does not automatically entitle you to monetary damages, and that Plaintiff in this case must prove his case?

4. How do you feel about awarding damages as a way to punish a defendant? Please explain.

Dated:  March 25, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
MARGARET S. SCHROEDER
RENÉE E. ROSENBLIT
REILLY T. STOLER
MORGAN E. LEWIS
Deputy City Attorneys

By: _/s/  Margaret S. Schroeder_____
MARGARET S. SCHROEDER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM SCOTT; THOMAS HARVEY; MATT
SULLIVAN; NELSON WONG; JOHN SOLOMON

POINTER & BUELNA, LLP  LAWYERS FOR THE
PEOPLE

By: * /s/ Ty Clarke_____
TY CLARKE

Attorney for Plaintiff
R.P.
*Pursuant to L.R. 5-1(i)(3), the electronic filer has
obtained approval from this signatory.

Joint Proposed Voir Dire                                    5
Case No. 24-cv-00522-LJC

4937-4379-6123, v. 1