ADANTÈ D.  POINTER, ESQ., 236229
PATRICK M. BUELNA, ESQ., SBN 317043
TY L. CLARKE, ESQ., SBN 339198
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P.,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>        Defendants. | Case No.: 3:24-cv-00522-LJC<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>**HON. LISA J. CISNEROS**<br><br>Trial Date:    April 20, 2026 |

//

//

//

//

//

//

**Proposed Verdict Form**

We the jury unanimously find as follows:

**Question 1:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence that Defendant Thomas Harvey, Defendant Matt Sullivan and/or Defendant Nelson Wong unlawfully detained/seized him in violation of the Fourth Amendment?

| | | |
|---|---|---|
| HARVEY | Yes: _____ | No: _____ |
| SULLIVAN | Yes: _____ | No: _____ |
| WONG | Yes: _____ | No: _____ |

Please proceed to the next question.

**Question 2:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence that Defendant John Solomon used excessive force against him in violation of the Fourth Amendment?

| | | |
|---|---|---|
| SOLOMON | Yes: _____ | No: _____ |
| WONG | Yes: _____ | No: _____ |

Please proceed to the next question.

**Question 3:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence that Defendant Thomas Harvey and/or Defendant Matt Sullivan and/or Defendant Nelson Wong were negligent in their detention/arrest of Plaintiff?

| | | |
|---|---|---|
| HARVEY | Yes: _____ | No: _____ |
| SULLIVAN | Yes: _____ | No: _____ |
| WONG | Yes: _____ | No: _____ |

Please proceed to the next question.

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**Question 4:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence that Defendant John Solomon and/or Defendant Nelson Wong were negligent in their use of force on him?

SOLOMON        Yes: _____ No: _____
WONG           Yes: _____ No: _____

**Question 5:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence his Bane Act claim against Defendant Thomas Harvey and/or Defendant(s) Matt Sullivan, Nelson Wong and/or John Solomon?

HARVEY         Yes: _____ No: _____
SULLIVAN       Yes: _____ No: _____
WONG           Yes: _____ No: _____
SOLOMON        Yes: _____ No: _____

Please proceed to the next question.

**Question 6:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence his false arrest claim against Defendant Thomas Harvey and/or Defendant Matt Sullivan and/or Defendant Nelson Wong?

HARVEY         Yes: _____ No: _____
SULLIVAN       Yes: _____ No: _____
NELSON         Yes: _____ No: _____
WONG           Yes: _____ No: _____

**Question 7:** Did Plaintiff Rocco Pernia prove by a preponderance of the evidence his battery claim Defendant John Solomon?

YES _____        NO_____

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

If you answered "YES" to ANY of the preceding questions, proceed to the next question. If you answered "NO" to ALL of the preceding questions, please sign and date this verdict form and return it to the Court.

## **DAMAGES**

**Question 8:** Was Defendant Thomas Harvey's detention/arrest of Plaintiff Rocco Pernia a substantial factor in causing Plaintiff Rocco Pernia's injuries?

YES _____          NO_____

Please proceed to question 9.

**Question 9:** Was Defendant Matt Sullivan's detention/arrest of Plaintiff Rocco Pernia a substantial factor in causing Plaintiff Rocco Pernia's injuries?

YES _____          NO_____

Please proceed to question 10.

**Question 10:** Was Defendant Nelson Wong's detention/arrest of Plaintiff Rocco Pernia a substantial factor in causing Plaintiff Rocco Pernia's injuries?

YES _____          NO_____

Please proceed to question 11.

**Question 11:** Was Defendant John Solomon's use of force against Plaintiff Rocco Pernia a substantial factor in causing Plaintiff Rocco Pernia's injuries?

YES _____          NO_____

Please proceed to question 12.

**Question 12:** Was Defendant Nelson Wong's use of force against Plaintiff Rocco Pernia a substantial factor in causing Plaintiff Rocco Pernia's injuries?

YES _____          NO_____

If you answered yes ANY of questions 8, 9, 10, 11 OR 12, please proceed to question 13.

**Question 13:** What amount of damages compensates Plaintiff Rocco Pernia?

$ _____

Please proceed to the next question.

**Question 14:** Was Plaintiff Rocco Pernia negligent in contributing to his own harm?

YES _____          NO_____

If you answered YES to Question 14, please proceed to Question 15. If you answered NO to Question 14, please sign and date this verdict form and return it to the Court.

**Question 15:** What percentage was each party's fault?

DEFENDANT THOMAS HARVEY                 _____%

DEFENDANT MATT SULLIVAN                 _____%

DEFENDANT JOHN SOLOMON                  _____%

DEFENDANT NELSON WONG                   _____%

PLAINTIFF ROCCO PERNIA                  _____ %

*Please sign and date this form and then return it to the Court.*

Signed: _____ (Presiding Juror)

Dated: _____

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400