DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
MARGARET S. SCHROEDER, State Bar #178586
RENÉE E. ROSENBLIT, State Bar #304983
REILLY T. STOLER, State Bar # 310761
MORGAN E. LEWIS, State Bar #322205
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3843 [Schroeder]
              (415) 554-3853 [Rosenblit]
              (415) 355-3302 [Stoler]
              (415) 554-4224 [Lewis]
Facsimile:    (415) 554-3837
E-Mail:       deedee.schroeder@sfcityatty.org
              renee.rosenblit@sfcityatty.org
              reilly.stoler@sfcityatty.org
              morgan.lewis@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; MATT SULLIVAN (Erroneously sued as
MATTHEW SULLIVAN); NELSON WONG; JOHN SOLOMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, by and through his guardian ad litem THIDA PERNIA,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; WILLIAM SCOTT, in his individual capacity as the Chief of Police for the SFPD; THOMAS HARVEY, in his individual capacity as an officer for the SFPD; MATTHEW SULLIVAN, in his individual capacity as an officer for the SFPD; NELSON WONG, in his individual capacity as an officer for the SFPD; JOHN SOLOMON, in his individual capacity as an officer for the SFPD; and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 24-cv-00522-LJC<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**<br><br>Trial Date:          April 20, 2026 |

Order on Admin Mtn to Continue Trial Case No.          1
24-cv-00522-LJC

4927-7774-1722, v. 2

Having considered the papers and argument in this matter, the Court grants the Parties' Joint Administrative Motion.  The Court vacates the April 20, 2026 trial date, the April 8, 2026 pretrial conference, and re-sets the pretrial conference for 30 days after the Court issues its rulings on the pending Motions for Summary Judgment (or as soon thereafter as the Court is available), with trial to be scheduled thereafter based on the Court's availability.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____
HONORABLE LISA J. CISNEROS